UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-13641

ORLANDO KING,

    Plaintiff,

-v-

THE KROGER CO.,

    Defendant.
_____/

## ORDER RESCINDING ORDER OF REFERENCE TO MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the Order of Reference to Magistrate Judge Whalen dated September 17, 2009, is RESCINDED.


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: December 21, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 21, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager