UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORLANDO KING,
    Plaintiff,

v.

THE KROGER CO., KROGER
LIMITED PARTNERSHIP I,
KRGP, INC., and THE KROGER
CO. OF MICHIGAN,
    Defendants.
_____/

Honorable Patrick J. Duggan
Case No. 09-13641

## JUDGMENT

On August 7, 2009, Plaintiff Orlando King ("Plaintiff") filed a Complaint against Defendants in the Circuit Court for Wayne County, Michigan, alleging race discrimination in violation of Michigan's Elliot-Larsen Civil Rights Act and Title VII of the Civil Rights Act of 1964. Defendants removed Plaintiff's Complaint to this Court on September 15, 2009, pursuant to 28 U.S.C. §§ 1331 and 1446. Defendants thereafter filed a motion for summary judgment which this Court granted in an Opinion and Order issued on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Dated: March 9, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Christopher S. Varjabedian, Esq.
S. Jenna Dabaja, Esq.
Terrence J. Miglio, Esq.
Ryan D. Bohannon, Esq.